

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00515-CR

Rodolfo Nino **ALEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 465736
Honorable George H. Godwin, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to December 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Nicolas A. LaHood                         Edward F. Shaughnessy, III
     District Attorney, Bexar County           Attorney At Law
     101 W. Nueva, Suite 370                    206 E. Locust Street
     San Antonio, TX 78205                      San Antonio, TX 78212